LEE T. DICKER, SBN. 48953
KEVIN S. DICKER, SBN. 179315
LEONARD, DICKER & SCHREIBER LLP
10940 Wilshire Boulevard, Suite 2100
Los Angeles, CA 90024
Phone: (310) 551-1987
ldicker@ldslaw.com
kdicker@ldslaw.com

Attorneys for Creditor
Legacy Effects LLC

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SHANE PATRICK MAHAN,<br><br>                Debtor<br><br>———————————————<br><br>LEGACY EFFECTS LLC<br><br>                Appellant<br><br>vs.<br><br>JEREMY FAITH, et al.<br><br>                Appellees | DISTRICT COURT CASE NO.:<br>2:21-cv-2034-RGK<br><br>BANKRUPTCY COURT CASE NO.:<br>9:19-bk-11625-DS<br><br>ADVERSARY CASE NO.:<br>9:19-ap-01057-DS<br><br>[~~PROPOSED~~] ORDER<br><br>Judge: Hon. R. Gary Klausner |

Pursuant to the stipulation of the parties, this appeal is dismissed.

Each party shall bear its own fees and costs on appeal.
IT IS SO ORDERED.

DATED: May 4, 2021

*signature: Gary Klausner*

Hon. R. Gary Klausner

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10940 Wilshire Boulevard, Suite 2100, Los Angeles, CA 90024.

A true and correct copy of the foregoing document entitled (*specify*): **[PROPOSED] ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 3, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Joseph P Buchman – jbuchman@bwslw.com; dwetters@bwslaw.com
Theron S Covy – tcovey@raslg.com
Jeremy W Faith (TR) Trustee@MarguliesFaithlaw.com; C118@ecfcbis.com;Helen@MarguliesFaithLaw.com
Brian D Fittipaldi – brian.fittipaldi@usdoj.gov
Todd A Frealy – taf@lnbyb.com
Richard Poole Steelman, Jr – rps@lnbyb.com
Andrew Goodman – agoodman@andyglaw.com
John D Monte – johnmontelaw@gmail.com
Meghan Canty Murphey – meghan@themurpheylawyers.com; lorraine@themurpheylawyers.com
Richard J Reynolds – rreynolds@bwslaw.com; rjrnef@bwslaw.com; fcabezas@bwslaw.com
Lindsey L Smith – lls@lnbyb.com
Valerie Smith – claims@recoverycorp.com
United States Trustee – ustpregion16.nd.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On May 3, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Shane Patrick Mahan
Legacy Effects, LLC
340 Parkside Drive
San Fernando, CA 91340

Grobstein Teeple LLP
6300 Canoga Avenue Suite 1500W
Woodland Hills, CA 91367

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 3, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. R. Gary R. Klausner
United States District Court
255 East Temple Street, 8th Floor
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/3/2021 | Sue McGuffin Williams | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |